## STATE OF CONNECTICUT *v.* ANTHONY C. GOODEN

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 89 Conn. App. 307 (AC 23647), is denied.

*James A. Killen,* senior assistant state's attorney, in support of the petition.

*Neal Cone,* senior assistant public defender, in opposition.

Decided September 20, 2005

## STATE OF CONNECTICUT *v.* FRANCISCO FIGUEROA

The defendant's petition for certification for appeal from the Appellate Court, 89 Conn. App. 368 (AC 24298), is denied.

*Del Atwell,* special public defender, in support of the petition.

*Susann E. Gill,* senior assistant state's attorney, in opposition.

Decided September 20, 2005

## STATE OF CONNECTICUT *v.* ROBERT E. BALBI

The defendant's petition for certification for appeal from the Appellate Court, 89 Conn. App. 567 (AC 24493), is denied.

*David T. Grudberg,* in support of the petition.

*Ronald G. Weller,* senior assistant state's attorney, in opposition.

Decided September 20, 2005